

# Fourth Court of Appeals
## San Antonio, Texas

November 13, 2013

No. 04-13-00579-CR

Abelardo R. **VALDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CR-5261A
Honorable Angus McGinty, Judge Presiding

**ORDER**

In accordance with this court's opinion issued this date, this appeal is DISMISSED.

It is so **ORDERED** on November 13, 2013.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of November, 2013.

_____
Keith E. Hottle, Clerk